FILED
CLERK U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| THOMAS R. TENNARD,<br><br>              Petitioner,<br>v.<br>JOHN MARSHALL,<br><br>              Respondent. | ED CV 07-1277-GW (SH)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 28, 2008

                                          GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE